**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62266-RAR**

**HOWARD COHAN**,

      Plaintiff,

v.

**WESTVIEW STATION PROPERTY, LLC**
**d/b/a WESTVIEW MARATHON**,

      Defendant.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 19] ("Notice"). The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record